UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO: __5:23-cv-29-BJB_____

Kartavious Hunt                                                                    PLAINTIFF

V.

James S. Marine, Inc.                                                              DEFENDANT

**Please Serve:  C. Ronald James**
**                4500 Clarks River Road**
**                Paducah, KY 42003**

## PLAINTIFF'S ORIGINAL COMPLAINT

Comes now, Plaintiff Kartavious Hunt (hereinafter "Plaintiff" or "Hunt"), by and through counsel, for his complaint against James S. Marine, Inc. and states as follow:

### PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff is a Mississippi resident, who at all times pertinent hereto was employed as a Jones Act seaman on the navigable inland waterways of the United States of America by Defendant James S. Marine, Inc. (hereinafter "Defendant" or "Marine").

2.      Defendant at all times pertinent hereto is and was a Kentucky company with its principal place of business at 4500 Clarks River Road, Paducah, Kentucky 42003 and otherwise operating in the Commonwealth of Kentucy and more particularly, in this Division and District, engaged in the practice of marine transportation.

3.      Jurisdiction arises pursuant to one or more of the following: (a) the Admiralty and General Maritime law of the United States of America; and (2) 28 U.S.C. § 1333(1).

4.      Defendant resides in this District and Division.

THE OCCURRENCE

5.      On or about November 27, 2022, Plaintiff was employed as a seaman, working

on one of Marine's barges (hereinafter the "Vessel") on the Ohio River near Cincinnati.

6.      While the Vessel was located on the navigable waters and Hunt was

contributing to and aiding the Vessel to accomplish its mission, Hunt was seriously injured

when he was spooling a wench with a new deck line after the previous deck line snapped in

rough weather. The wench was a new type which was unknown to Hunt. Defendant failed to

provide training on the wench's operation to Hunt prior to assigning him the task of spooling

the new line on it. In addition, Defendant failed to provide Hunt with the appropriate tools to

spool the new line before assigning him the task.

7.      As a result, Hunt was forced to use a crowbar with the assistance of new

deckhand. While Hunt was respooling the line and the new deckhand was holding the

crowbar as wedge to maintain leverage on the wench, the crowbar popped loose snapping the

line. Both the crowbar and snapped line struck Hunt in the face. The force of the blow

knocked Hunt to the ground and rendered him unconscious. When he came to, he was forced

to conduct self-aid and report the incident because the new deckhand had not been properly

trained on the appropriate procedures.

8.      The work Plaintiff was performing was assigned to him without adequate

training, job preparation, assistance, or equipment to perform the task safely.

9.      As a result of Marine's negligence, Plaintiff severely injured his head, right eye,

right orbital bone, and other parts of his body.

10.     As an American seaman, Marine is obliged to pay Plaintiff maintenance and cure until he reaches maximum-medical improvement ("MMI") from his injuries. Plaintiff has not reached MMI, but Defendant has failed to guarantee payment of the full amount of cure and maintenance Plaintiff is owed.

## COUNT 1—NEGLIGENCE

11.     The allegations of the preceding paragraphs are incorporated as if fully restated.

12.     Defendant failed to discharge duties owed to Plaintiff under the Admiralty and General Maritime Laws of the United States of America.

13.     Marine is negligent and negligent *per se* for:

   a.     Failing to properly maintain the vessel and/or barge in a reasonably safe condition;

   b.     Failing to properly inspect and/or maintain the vessel and/or barge;

   c.     Failing to warn Plaintiff of a danger which was unknown to him, yet known to Defendant(s), or which should have been known to Defendant(s) in the exercise of reasonable care;

   d.     Failing to provide Plaintiff adequate safety equipment;

   e.     Failing to provide a seaworthy barge;

   f.     Failing to implement and enforce and adequate safety program;

   g.     Violating applicable Coast Guard, OSHA, and/or BSEE rules;

   h.     Failing to properly supervise their crew;

   i.     Failing to properly train their employees and their supervisors;

   j.     Failing to provide adequate safety equipment;

   k.     Failing to conduct a job-safety analysis;

    l.    Failing to provide timely medical assistance;

    m.   Failing to stop work;

    n.    Requiring Plaintiff to continue work despite an injury; and

    o.    Other acts deemed negligent.

14.    As a direct and proximate result of Defendant's negligence, Plaintiff severely injured his head, eye, orbital bone, and other parts of his body.

15.    As a direct result of Defendant's negligence, Hunt has been caused to suffer serious, permanent, and progressively disabling injuries. His injuries were immediate, severe, and permanently debilitating.

16.    Plaintiff has incurred necessary medical bills related to the accident made the basis of this suit and is reasonably likely to incur necessary and related medical bills in the future.

17.    Plaintiff has lost wages and is reasonably likely to suffer a loss, diminution, and reduction of earning capacity in the future.

18.    Plaintiff has endured physical and mental pain and suffering, hedonic loss, permanent disability, and reduction of the quality of life. Plaintiff is reasonably likely to continue to experience pain and suffering, hedonic loss, permanent disability, and reduction of the quality of life in the future.

19.    The above state damages exceed the sum of $75,000.00, exclusive of interest and costs, such amounts to be proven at trial.

### COUNT 2—SEAWORTHINESS

18.    The allegations of paragraphs 5–10 and 16–19 are incorporated as if fully restated herein.

19.    As Plaintiff's Jones Act employer, Marine owed Hunt a duty to provide a seaworthy vessel.

20.    Marine breached this duty because the Vessel lacked adequate supervision, lacked an adequately supervised and trained crew, lacked adequate safety policies and procedures, and lacked adequate equipment to perform necessary maritime tasks.

21.    As a direct and proximate result of the Vessel's unseaworthiness, Plaintiff severely injured his head, eye, orbital bone, and other parts of his body.

22.    As a direct result of the Vessel's unseaworthiness, Plaintiff suffered serious, permanent, and progressively disabling injuries. Plaintiff's injuries were immediate, severe, and permanently debilitating.

### COUNT 3—MAINTENANCE AND CURE

23.    The allegations of paragraphs 5–10 and 16–19 are incorporated as if fully restated herein.

24.    As an American seaman, Plaintiff is entitled to maintenance and cure.  Marine has willfully, wantonly, arbitrarily, and capriciously failed to live up to its maintenance and cure obligations, entitling Plaintiff to an award of punitive damages and attorneys' fees.  Plaintiff demands that Defendant institute maintenance payments (including back maintenance) and guarantee payment of his medical bills and/or reimburse him for his medical bills.

WHEREFORE, Plaintiff requests,

      (a)    Compensatory and punitive damages against Marine in an amount as the proof supports;

     (b)      Pre-judgment and post-judgment interest;

     (c)      Costs, fees, and other relief as deemed appropriate by the Court; and

     (d)      Trial by jury.

**DATED: February 6, 2023**

Respectfully submitted,

**EDWARDS & KAUTZ, PLLC**

*/s/ Mark Edwards*
Mark Edwards
222 Walter Jetton Blvd.
P.O. Box 1837
Paducah, KY 42002
Telephone: 270.442.9000
Facsimile: 270.443.4304
carwreck@ccol.net

*~And~*

**ARNOLD & ITKIN, LLP**

*/s/ Trent Shelton*
Trent Shelton (*Pro Hac Vice* Anticipated)
6009 Memorial Drive
Houston, Texas 77007
Telephone: 713.222.800
Facsimile: 713.222.3850
e-service@arnolditkin.com
jaiteam@arnolditkin.com
nwexler@arnolditkin.com
bbireley@arnolditkin.com

***Plaintiff's Attorneys***